CHARLES J. FERRERA #3310
Attorney at Law
Dillingham Transportation Building
735 Bishop Street, Suite 422
Honolulu, Hawaii 96813
Telephone No. 599-5220

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 01 2010

at 7 o'clock and 30 min  M.
SUE BEITIA, CLERK

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GARY VANNATTA, ) | CV 09-00418 DAE-KSC<br>CIVIL NO. CV 09-004-18 SPK KSC |
| ) | (Medical Malpractice) |
| Plaintiff, ) | |
| ) | PLAINTIFF'S NOTICE OF DISMISSAL |
| vs. ) | |
| ) | |
| WAIANAE COAST ) | |
| COMPREHENSIVE HEALTH ) | |
| CENTER; AUDREY TALEFF, APRN- ) | |
| Rx; KELLI-ANN VOLOCH, M.D.; ) | |
| JEFFREY CHING, M.D.; MARC E. ) | |
| PATRICK, PA; JOSEPH TURBAN, ) | |
| M.D.; DAVID R. JONES, M.D.; ) | |
| ROBERT BONHAM, M.D.; and DOES ) | |
| 1-100, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

(22749)

## NOTICE OF DISMISSAL

Plaintiff, through his undersigned counsel, hereby dismisses this claim. This dismissal is made pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A).

DATED: Honolulu, Hawaii, \_\_\_\_\_SEP 1 2010\_\_\_\_\_.

_____
CHARLES J. FERRERA
Attorney for Plaintiff